NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**WILLIAM GRONER,**
*Claimant-Appellant,*

v.

**ERIC K. SHINSEKI, SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee.*

---

2012-7072

---

Appeal from the United States Court of Appeals for Veterans Claims in 10-1280, Judge Robert N. Davis.

---

**ON MOTION**

---

**ORDER**

William Groner moves without opposition to withdraw his informal brief and to permit counsel to file a formal brief on his behalf. The Secretary of Veterans Affairs moves without opposition to adjust and extend the briefing schedule.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) Groner's motion is granted. Groner's brief is due within 40 days from the date of filing of this order.

(2) The Secretary's motion is granted to the extent that his response brief is due within 40 days of service of Groner's formal brief.

FOR THE COURT

**APR 2 5 2012**

Date

/s/ Jan Horbaly

Jan Horbaly
Clerk

cc: Kenneth M. Carpenter, Esq.
    Shelley D. Weger, Esq.

s25

**FILED**
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

APR 2 5 2012

JAN HORBALY
CLERK